# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 25 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_Tyrone Hut_
Plaintiff

vs.                                    Civil Action No. _06-1788_

_Black's Law Dictionary_
Defendant

## NOTICE OF APEAL

Notice is hereby given this _24th_ day of _Oct._, 20_06_, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the _3rd_ day of _Oct._, 20_06_ in favor of _Defendant_ against said _Plaintiff_

_[signature] Tyrone Hut_
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated: _U.S. Attorneys Off., 441 4th St.N.W., Wash, D.C. 20001_

RECEIVED

OCT 25 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

5