United States District Court for the D.C.

Tyrone Hunt
461 H St. N.W. #511
(202) 289-7836
Wash., D.C. 20001
Wash., D.C. 20001

Appellant

Vs.

Black's Law Dictionary

Appellee

Civil Action No. 06-1788

Appeals No. _____

FILED
OCT 25 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Motion for Notice of Appeal in forma Pauperis.

Comes now, Tyrone Hunt, the Appellant, and respectfully moves the Honorable Panel of the U.S.C.A., for leave to appeal in forma pauperis, for the following reasons:

1. Whether the Court Order entered on the date of 10/3/06, dismissing said complaint, was an abuse of its discretion when President of the U.S., George W. Bush, has blatantly violated the Second (2nd) amendment right to the U.S., concerning the illegal invasion of Iraq, and has as Commander-in-Chief of all armies, see: U.S. Constitution, misread and misinterpreted the word "war" and led this country (U.S.A.) into an illegal invasion of Iraq, with the toppling of then-Dictator-President of Iraq, Saddam Hussein.

2. Whether the Court Order entered on the date of 10/3/06, dismissing said complaint, was an abuse of its discretion when the word

6

frivolous. See: Title 19, Section 1915(e)(2)(B)(i) U.S.C. is not given a mere meaning and is erroneously applied to said Memorandum Opinion delivered by U.S. Dist. Judge, Rosemary M. Colyer.

3. Whether the said Order entered on the date of 10/3/06, Dismissing said complaint has rules inconsistent with the Second (2ND.) Amendment Right to the U.S. Constitution.

### Memorandum of Law.

1. See: Second (2ND.) Amendment Right to the U.S. Constitution.

### Relief

1. The appellant seeks all relief sought in the U.S. Dist. Ct. for the D.C. in punitive and monetary damages and twenty (20) million dollars in punitive and monetary damages in the U.S.C.A. (Panel).

### Affidavit of Poverty, Pursuant to Title 28, Section 1915, U.S.C.

I, Tyrone Hurt, the appellant, and respectfully states that because of poverty, that I am unable to pre-pay the said costs or fees for the filing of the foregoing notice of appeal, that I am unable to give security for the same, that I believe that I am entitled to the redress that I now seek.

## Certification of Service

I, Tyrone Hunt, the Appellant, do respectfully state that I have upon this 24th day of Oct. 06, have sent the foregoing notice of appeal, to the U.S.C.A., to make service upon the DA's for the Defts.

Respectfully submitted,
/s/ Tyrone Hunt
(Appellant, Pro-se)